IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR85 |
| v. | ) | |
| RAMON MENDOZA-MESA, RAMIRO PINEDA, | ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Joseph F. Bataillon for all disposition matters.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE